# UNITED STATES DISTRICT COURT
### for the
#### Southern District of New York

USA  
*Plaintiff*  
v.  
Matthew Conroy  
*Defendant*

Case No. S(1) 12 CR 171 (JPO)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Matthew Conroy (Bail Only)

Date: 2/29/12

*Attorney's signature*

Mitch Furman (MF4455)  
*Printed name and bar number*

Hoffman Pollard + Furman

*Address*

220 E 42d St  
NY NY 10017

*E-mail address*

*Telephone number*  
212 338 0700

*FAX number*  
212 338 0093

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: FEB 29 2012